<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000776
04-NOV-2024
07:53 AM
Dkt. 167 OCOR**</span>

NO. CAAP-19-0000776

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MAUNALUA BAY BEACH OHANA 28, a Hawai'i Non-Profit Corporation;
MAUNALUA BAY BEACH OHANA 29, a Hawai'i Non-Profit Corporation;
and MAUNALUA BAY BEACH OHANA 38, a Hawai'i Non-Profit
Corporation, individually and on behalf of all others similary
situated, Plaintiffs-Appellants/Cross-Appellees, v.
STATE OF HAWAI'I, Defendant-Appellee/Cross-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC051000904)

ORDER OF CORRECTION
(By: Hiraoka, J.)

IT IS HEREBY ORDERED that the Opinion of the court,

filed on March 18, 2024, is hereby corrected as follows:

At page 9, line 5 from the bottom, replace "76" with

"73" so the line reads as follows:

accreted after the effective date of Act 73 were

public lands.

At page 10, line 6 from the top of the first paragraph,

insert a period after "Ed" so the line read as follows:

125 S. Ct. 2641, 162 L. Ed. 2d 480 (2005) (citing

Fed. R. Civ. P.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, November 4, 2024.

/s/ Keith K. Hiraoka
Associate Judge